MCGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GLENN EDANO EBIDAG, <br><br> Defendant. | CASE NO. 1:18-CR-00243-DAD-BAM <br><br> **JOINT MOTION FOR ORDER REQUIRING PAYMENT OF CURRENCY INTO THE COURT'S DEPOSIT FUND; AND ORDER** |

The United States and defendant Glenn Edano Ebidag, by and through his attorney of record, Megan T. Hopkins, (the Movants) move for an order based on the following grounds:

1. The information in this case charges the defendant with one count of theft of government funds, a violation of 18 U.S.C. § 641.

2. The Parties have a negotiated resolution of the case as memorialized by their signed plea agreement, filed November 2, 2018 (the Plea Agreement). Pursuant to the Plea Agreement, the defendant agrees to pay a $100 special assessment immediately prior to sentencing and also that the Court can order the payment of restitution for the full loss caused by the defendant's wrongful conduct.

3. The defendant affirms in the factual basis to the Plea Agreement that his conduct caused a loss to the Social Security Administration, a department or agency of the United States, in the amount of $83,359.50.

///

1

1     4.     The defendant has $2,500.00 set aside to effect a lump sum payment towards the full amount of restitution owed in this case.

    5.     The Parties agree that the $2,500.00 can and should be paid into the court's deposit fund (the Deposit) at or before his currently scheduled March 4, 2019, sentencing. The defendant will not oppose the application of the Deposit towards the criminal monetary penalties entered against him.

    6.     Accordingly, the Parties request that the Court sign the proposed order below directing that the $2,500.00 be paid to the Clerk of Court so that it may be deposited into the court's deposit fund.

Respectfully submitted,

FOR THE UNITED STATES:

MCGREGOR W. SCOTT
United States Attorney

Dated: March 1, 2019     By:     */s/Laura D. Withers*
    LAURA D. WITHERS
    Assistant United States Attorney

FOR DEFENDANT GLENN EDANO EBIDAG:

Dated: March 1, 2019     By:     */s/Megan T. Hopkins*
    MEGAN T. HOPKINS
    Attorney for defendant GLENN EDANO EBIDAG

# **O R D E R**

The Court, having reviewed the court files and the Parties' joint motion for order requiring payment of currency into the court's registry (the Motion), and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. The defendant shall deliver to the Clerk of the Court, a check or money order in the amount of $2,500.00, made payable to the "Clerk of Court" (the Deposit) at or before his currently scheduled March 4, 2019, sentencing.

2. The defendant shall mail or deliver the Deposit to the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. The defendant shall also state the docket number (Case No.: 1:18-CR-00243-DAD-BAM) on the payment instrument and, if he desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3. Upon sentencing, the clerk shall apply the $2,500.00 towards defendant's criminal monetary obligations.

IT IS SO ORDERED.

Dated: __**March 4, 2019**__  _____
UNITED STATES DISTRICT JUDGE